# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lewis, Mary G. | United States District Court, South Carolina | 08/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

201 Magnolia Street
Spartanburg, South Carolina 29306

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Member | Quincunx, LLC |
| 3. | Trustee | Trust #2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lewis, Mary G. | 08/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America (Merrill lynch (Wealth Management) | Line of Credit | N |
| 2. American Express | Credit Card | J |
| 3. Bank of America | Credit Card | L |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Geiger Partnership, partnership interest with no control | | None | | | Sold | 01/01/19 | M | E | |
| 2. Quincunx, LLC. member of LLC (H) | D | Distribution | L | W | | | | | |
| 3. - Rental office building & land, Columbia, SC | | | | | | | | | |
| 4. BB&T Common Stock | A | Dividend | J | T | | | | | |
| 5. Investment Rental Property, Columbia, SC (Y) | | | | | | | | | |
| 6. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 7. Investment Property, Georgetown, SC (Y) | | | | | | | | | |
| 8. Investment Rental Property, Columbia, SC (Y) | | | | | | | | | |
| 9. Investment Rental Property, Columbia, SC | E | Rent | M | W | | | | | |
| 10. Investment Rental Property, Columbia, SC (Y) | | | | | | | | | |
| 11. Trust #1 (H) | | | | | | | | | |
| 12. - Coca Cola Com | C | Dividend | M | T | | | | | |
| 13. - INTL Business Machines Corp IBM | C | Dividend | L | T | | | | | |
| 14. - VANGUARD GROWTH ETF | B | Dividend | M | T | | | | | |
| 15. - FIRST EAGLE GLOBAL CLASS I | B | Dividend | M | T | Sold (part) | 10/02/19 | J | B | |
| 16. - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | C | Dividend | L | T | | | | | ` |
| 17. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - THORNBURG INVSMT INCOME BUILDER FUND CL I | D | Dividend | M | T | | | | | |
| 19. - ML BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 20. - BLACKROCK STRATEGIC INCOME OPPRTNTS PTF INST | B | Dividend | K | T | Buy (add'l) | 11/21/19 | K | | |
| 21. -BLACKSTONE ALT MULTISTRATEGY FUND CLASS 1 | A | Dividend | | | Sold | 01/02/19 | K | A | |
| 22. -DEUTSCHE X-TRACKERS MSCI EAFE HEDGED EQUITY ETF | B | Dividend | K | T | | | | | |
| 23. -PIMCO FDS INCOME FD CL | D | Dividend | M | T | Sold (part) | 11/21/19 | J | A | |
| 24. VANGUARD VALUE ETF | D | Dividend | M | T | | | | | |
| 25. CHIRON CAPITAL ALLOCATION FUND | B | Dividend | M | T | Sold (part) | 10/02/19 | J | A | |
| 26. | | | | | Sold (part) | 12/09/19 | J | A | |
| 27. DOUBLELINE TOTAL RETURN BOND FUND CL I | C | Dividend | M | T | Sold (part) | 03/06/19 | J | A | |
| 28. | | | | | Sold (part) | 11/21/19 | J | A | |
| 29. | | | | | Sold (part) | 12/09/19 | J | A | |
| 30. FIRST TRUST ETFIV TACTICAL HIGH YIELD ETF | C | Dividend | L | T | Buy (add'l) | 11/21/19 | K | | |
| 31. PIMCO SHORT TERM MUTUAL FUND CL P | A | Dividend | | | Sold | 11/21/19 | K | A | |
| 32. INVESTORS TITLE CO | A | Dividend | | | Sold | 08/16/19 | K | A | |
| 33. ISHARES CORE S&P US VALUE ETF | B | Dividend | L | T | | | | | |
| 34. ISHARES EDGE MSCI MULTIFACTOR INTL ETF | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. ISHARES EDGE MSCI MULTIFACTOR EMMKTS ETF | A | Dividend | K | T | | | | | |
| 36. ISHARES EDGE MSCI MULTIFACTOR USA ETF | B | Dividend | L | T | | | | | |
| 37. Trust #2 (H) | | | | | | | | | |
| 38. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 39. - DOUBLELINE TOTAL RETURN BOND FUND CL I | A | Dividend | J | T | Sold (part) | 02/04/19 | J | A | |
| 40. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 41. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 42. - FIDELITY ADVISOR BIOTECHNOLOGY FD CL I | A | Dividend | J | T | Sold (part) | 02/02/19 | J | A | |
| 43. | | | | | Sold (part) | 11/11/19 | J | A | |
| 44. - MATTHEWS ASIA DIVIDEND FUND INV CLASS | A | Dividend | | | Buy (add'l) | 02/01/19 | J | | |
| 45. | | | | | Sold | 10/21/19 | J | A | |
| 46. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | A | Dividend | J | T | Buy (add'l) | 11/11/19 | J | | |
| 47. - FIRST EAGLE GLOBAL CLASS I | A | Dividend | | | Buy (add'l) | 02/01/19 | J | | |
| 48. | | | | | Sold | 11/11/19 | J | A | |
| 49. - THORNBURG INVSMT INCOME BUILDER FUND CL I | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 50. | | | | | Buy (add'l) | 03/27/19 | J | | |
| 51. | | | | | Buy (add'l) | 11/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - VANGUARD GROWTH ETF | A | Dividend | J | T | Sold (part) | 02/01/19 | J | A | |
| 53. | | | | | Sold (part) | 11/11/19 | J | A | |
| 54. -DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | | | Sold | 02/01/19 | J | A | |
| 55. -POPLAR FORREST PARTNERS FUND CL I | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 56. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 57. | | | | | Sold (part) | 11/11/19 | J | A | |
| 58. -PIMCO INCOME FUND CL P | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 59. | | | | | Buy (add'l) | 02/22/19 | J | | |
| 60. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 61. -VANGUARD VALUE ETF | A | Dividend | J | T | Sold (part) | 11/11/19 | J | A | |
| 62. -BLCKSTONE ALT MULT STR 1 | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 63. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 64. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 65. -JP MORGAN GLOBAL ALLOCATION FD SELECT CL | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 66. | | | | | Buy (add'l) | 03/27/19 | J | | |
| 67. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 68. LOOMIS SAYLES SR FLOAT RAT & FIXD INC FD CL Y | A | Dividend | | | Buy (add'l) | 02/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 70. | | | | | Sold | 07/26/19 | J | A | |
| 71. MAINSTAY HIGH YIELD MUNICIPAL BOND FUND CL I | A | Dividend | J | T | Buy<br>(add'l) | 02/02/19 | J | | |
| 72. | | | | | Buy<br>(add'l) | 07/26/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 11/11/19 | J | | |
| 74. WALT DISNEY CO | A | Dividend | J | T | Buy<br>(add'l) | 01/09/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 02/01/19 | J | | |
| 76. APPLE INC | A | Dividend | J | T | Sold<br>(part) | 02/01/19 | J | A | |
| 77. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 78. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 79. AUTOMATIC DATA PROC | A | Dividend | | | Sold<br>(part) | 07/15/19 | J | A | |
| 80. | | | | | Sold | 09/13/19 | J | A | |
| 81. MEDTRONIC PLC | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |
| 82. | | | | | Sold | 02/01/19 | J | A | |
| 83. MICROSOFT CORP | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 84. | | | | | Sold<br>(part) | 02/01/19 | J | A | |
| 85. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NEXTERA ENERGY CORP | A | Dividend | J | T | | | | | |
| 87. AMERICAN WATER WORKS COM (Y) | | | | | | | | | |
| 88. BLACKROCK INC | A | Dividend | J | T | | | | | |
| 89. CITIGROUP INC COM NEW | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 90. | | | | | Sold (part) | 07/15/19 | J | A | |
| 91. | | | | | Sold (part) | 08/22/19 | J | A | |
| 92. | | | | | Sold (part) | 11/11/19 | J | A | |
| 93. CHUBB LIMITED (FORMER ACE LIMITED) | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 94. | | | | | Sold (part) | 08/22/19 | J | A | |
| 95. | | | | | Sold (part) | 11/07/19 | J | A | |
| 96. COSTCO WHOLESALE CRP DEL | A | Dividend | J | T | Sold (part) | 02/01/19 | J | A | |
| 97. | | | | | Sold (part) | 11/11/19 | J | A | |
| 98. DANAHER CORP (FORMERLY FORTIVE CORP) | A | Dividend | J | T | Sold (part) | 02/01/19 | J | A | |
| 99. HOME DEPOT INC | A | Dividend | J | T | Sold (part) | 01/09/19 | J | A | |
| 100. | | | | | Sold (part) | 11/11/19 | J | A | |
| 101. HONEYWELL INTL INC DEL | A | Dividend | J | T | Sold (part) | 02/01/19 | J | A | |
| 102. | | | | | Sold (part) | 11/11/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. LOCKHEED MARTIN CORP | A | Dividend | J | T | Sold (part) | 11/07/19 | J | A | |
| 104. | | | | | Sold (part) | 11/11/19 | J | A | |
| 105. THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | Sold (part) | 02/01/19 | J | A | |
| 106. TOTAL S.A. SP ADR | A | Dividend | J | T | Buy (add'l) | 01/09/19 | J | | |
| 107. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 108. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 109. UNION PACIFIC CORP | A | Dividend | J | T | Sold (part) | 02/01/19 | J | A | |
| 110. VISA INC CL A SHRS | A | Dividend | J | T | Sold (part) | 02/01/19 | J | A | |
| 111. AMERICAN TOWER REIT INC | A | Dividend | J | T | Sold (part) | 01/09/19 | J | A | |
| 112. | | | | | Sold (part) | 01/14/19 | J | A | |
| 113. | | | | | Sold (part) | 11/07/19 | J | A | |
| 114. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 115. ANTHEM INC | A | Dividend | J | T | Sold (part) | 04/05/19 | J | A | |
| 116. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 117. CHIRON CAPITAL ALLOCATION FUND | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 118. | | | | | Buy (add'l) | 03/27/19 | J | | |
| 119. | | | | | Sold (part) | 11/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  DOWDUPONT INC | A | Dividend | | | Buy (add'l) | 02/01/19 | J | | |
| 121. | | | | | Sold | 04/24/19 | J | A | |
| 122.  HUMANA INC | A | Dividend | | | Buy (add'l) | 04/15/19 | J | | |
| 123. | | | | | Sold | 06/05/19 | J | A | |
| 124.  ISHARES EDGE MSCI MULTIFACTOR USA ETF | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 125. | | | | | Sold (part) | 11/11/19 | J | A | |
| 126.  KOPERNIK INTERNATIONAL FUND | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 127. | | | | | Sold (part) | 11/11/19 | J | A | |
| 128.  PROLOGIS INC | A | Dividend | J | T | Sold (part) | 02/01/19 | J | A | |
| 129. | | | | | Sold (part) | 11/07/19 | J | A | |
| 130.  TRUIST FINANCIAL CORP (FORMERLY SUNTRUST BANKS INC) | A | Dividend | J | T | | | | | |
| 131.  SYSCO CORP | A | Dividend | | | Sold | 03/27/19 | J | A | |
| 132.  WALMART INC | A | Dividend | K | T | Buy (add'l) | 02/12/19 | J | | |
| 133.  TECHNOLOGY SELECT SECTOR SPDER FUND | A | Dividend | J | T | Sold (part) | 01/13/19 | J | A | |
| 134. | | | | | Buy (add'l) | 06/29/19 | J | | |
| 135.  AMAZON, INC | | None | J | T | Sold (part) | 02/01/19 | J | A | |
| 136. | | | | | Buy (add'l) | 06/29/19 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. EV TABS SHORT-TERM MUNICIPAL BOND FUND CLASS I | A | Dividend | | | Sold (part) | 02/01/19 | J | A | |
| 138. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 139. | | | | | Sold | 07/26/19 | J | A | |
| 140. ISHARES EDGE INC/EDGE MSCI MULTIFACT | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 141. | | | | | Sold (part) | 11/11/19 | J | A | |
| 142. ALPHABET INC CLASS A | | None | J | T | Sold (part) | 11/07/19 | J | A | |
| 143. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 144. GARRETT MOTION INC (Y) | | | | | | | | | |
| 145. HILTON WORLDWIDE HOLDINGS | A | Dividend | J | T | Sold (part) | 07/15/19 | J | A | |
| 146. ISHARES TR/EDGE MSCI MULTIFACT | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 147. | | | | | Sold (part) | 11/11/19 | J | A | |
| 148. ISHARES RUSSELL 3000 VALUE INDEX | A | Dividend | | | Sold | 02/01/19 | J | A | |
| 149. JPMORGAN CHASE& CO HOLDINGS | A | Dividend | J | T | Sold (part) | 11/07/19 | J | A | |
| 150. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 151. KEURIG DR PEPPER INC | | None | J | T | Buy (add'l) | 11/11/19 | J | | |
| 152. BLACKROCK STRATEGIC MUNICIPAL OPP FD | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 153. | | | | | Buy (add'l) | 11/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. MICROCHIP TECHNOLOGY, INC. | A | Dividend | J | T | Buy (add'l) | 01/09/19 | J | | |
| 155. NUVEEN SHORT DURATION HIGH YEILD MUNICIPAL BOND | A | Dividend | J | T | Sold (part) | 02/01/19 | J | A | |
| 156. | | | | | Buy (add'l) | 07/26/19 | J | | |
| 157. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 158. SHERWIN-WILLIAMS CO | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 159. | | | | | Sold (part) | 11/11/19 | J | A | |
| 160. ABBOT LABS | | None | J | T | Buy | 11/07/19 | J | | |
| 161. | | | | | Sold (part) | 11/11/19 | J | A | |
| 162. CAPITAL ONE FINL | A | Dividend | J | T | Buy | 02/01/19 | J | | |
| 163. CISCO SYSTEMS INC | A | Dividend | J | T | Buy | 08/22/19 | J | | |
| 164. | | | | | Buy (add'l) | 09/25/19 | J | | |
| 165. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 166. EV TABS 5 TO 15 YR LADDERED MUNI BOND FD | A | Dividend | J | T | Buy | 07/26/19 | J | | |
| 167. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 168. ROSS STORES INC | A | Dividend | J | T | Buy | 07/15/19 | J | | |
| 169. CONSTELLATION BRANDS INC | A | Dividend | J | T | Buy | 04/24/19 | J | | |
| 170. | | | | | Buy (add'l) | 07/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 172. ZOETIS INC | A | Dividend | J | T | Buy | 06/05/19 | J | | |
| 173. Individual Retirement Account (H) | | | | | | | | | |
| 174. BANK OF AMERICA, NA RASP | A | Interest | K | T | | | | | |
| 175. CHUBB LIMITED (FORMERLY ACE LIMITED) | A | Dividend | J | T | Sold (part) | 08/22/19 | J | A | |
| 176. | | | | | Sold (part) | 11/07/19 | J | A | |
| 177. - AUTOMATIC DATA PROC | A | Dividend | | | Sold (part) | 07/15/19 | J | B | |
| 178. | | | | | Sold | 09/13/19 | J | B | |
| 179. - COSTCO WHOLESALE CRP DEL | A | Dividend | J | T | Sold (part) | 01/09/19 | J | A | |
| 180. | | | | | Sold (part) | 11/11/19 | J | A | |
| 181. - CITIGROUP INC COM NEW (X) | A | Dividend | J | T | Sold (part) | 03/01/19 | J | A | |
| 182. | | | | | Sold (part) | 07/15/19 | J | A | |
| 183. | | | | | Sold (part) | 08/22/19 | J | A | |
| 184. | | | | | Sold (part) | 11/11/19 | J | A | |
| 185. - DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | | None | | | Sold | 02/14/19 | J | A | |
| 186. - DOUBLELINE TOTAL RETURN BOND FUND CL I | B | Dividend | L | T | Buy (add'l) | 11/11/19 | J | | |
| 187. - FIDELITY ADVISOR BIOTECHNOLOGY FD CL I | A | Dividend | K | T | Buy (add'l) | 11/11/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  - HOME DEPOT INC | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 189. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 190.  - HONEYWELL INTL INC DEL | A | Dividend | J | T | Sold<br>(part) | 11/11/19 | J | A | |
| 191.  - FIA CARD SVS NA RASP (Y) | | | | | | | | | |
| 192.  - POPLAR FOREST PARTNERS FUND<br>CL I | A | Dividend | K | T | Buy<br>(add'l) | 05/29/19 | J | | |
| 193. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 194.  - LOOMIS SAYLES SR FLOAT RTE &<br>FIXD INC FD CL Y | A | Dividend | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 195. | | | | | Sold | 07/26/19 | J | A | |
| 196.  - MATTHEWS ASIA DIVIDEND FUND<br>INV CLASS | B | Dividend | J | T | Sold<br>(part) | 11/11/19 | J | A | |
| 197.  - PIMCO INCOME FUND CL P | C | Dividend | L | T | Buy<br>(add'l) | 05/29/19 | J | | |
| 198. | | | | | Buy<br>(add'l) | 11/11/19 | J | | |
| 199.  - T ROWE PRICE CAPITAL<br>APPRECIATION FD RETAIL | B | Dividend | K | T | Sold<br>(part) | 11/11/19 | J | A | |
| 200.  - FIRST EAGLE GLOBAL CLASS I | C | Dividend | K | T | Buy<br>(add'l) | 03/27/19 | J | | |
| 201. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 202.  - THORNBURG INVSMT INCOME<br>BUILDER FUND CL I | B | Dividend | K | T | Buy<br>(add'l) | 03/27/19 | J | | |
| 203. | | | | | Buy<br>(add'l) | 11/11/19 | J | | |
| 204.  - THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 206.  - VISA INC CL A SHRS | A | Dividend | J | T | Sold<br>(part) | 07/15/19 | J | B | |
| 207.  - VANGUARD VALUE ETF | B | Dividend | K | T | Buy<br>(add'l) | 05/29/19 | J | | |
| 208. | | | | | Sold<br>(part) | 11/11/19 | K | D | |
| 209.  - VANGUARD GROWTH ETF | A | Dividend | L | T | Sold<br>(part) | 11/11/19 | K | D | |
| 210. -AMERICAN TOWER REIT INC | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 211. | | | | | Sold<br>(part) | 11/07/19 | J | B | |
| 212. -DISNEY (WALT) CO | A | Dividend | J | T | Buy<br>(add'l) | 01/09/19 | J | | |
| 213. | | | | | Buy<br>(add'l) | 11/11/19 | J | | |
| 214. | | | | | Sold<br>(part) | 03/27/19 | J | A | |
| 215. -FIRST TRUST HY ETF | B | Dividend | J | T | Buy<br>(add'l) | 07/26/19 | J | | |
| 216. | | | | | Buy<br>(add'l) | 11/11/19 | J | | |
| 217. -AMEX TECHNOLOGY SELECT SPDR | A | Dividend | K | T | Sold<br>(part) | 11/11/19 | K | D | |
| 218. -BLACKROCK INC | A | Dividend | J | T | Buy<br>(add'l) | 01/09/19 | J | | |
| 219. | | | | | Sold<br>(part) | 08/22/19 | J | A | |
| 220. -BLACKSTONE ALT MULTI STRATEGY<br>FUND CLASS 1 | C | Dividend | M | T | Buy<br>(add'l) | 05/29/19 | J | | |
| 221. | | | | | Buy<br>(add'l) | 11/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -JP MORGAN GLOBAL ALLOCATION FD | A | Dividend | K | T | Buy (add'l) | 03/27/19 | J | | |
| 223. | | | | | Buy (add'l) | 01/11/19 | J | | |
| 224.  -LOCKHEED MARTIN COPR | A | Dividend | J | T | Buy (add'l) | 03/01/19 | J | | |
| 225. | | | | | Sold (part) | 07/15/19 | J | A | |
| 226. | | | | | Sold (part) | 11/07/19 | J | B | |
| 227.  -MEDTRONIC PLC | | None | | | Sold | 03/29/19 | J | A | |
| 228.  UNION PACIFIC CORP | A | Dividend | J | T | Sold (part) | 03/01/19 | J | A | |
| 229.  NEXTERA ENERGY CORP | A | Dividend | J | T | Buy (add'l) | 08/22/19 | J | | |
| 230. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 231.  MICROSOFT CORP | A | Dividend | J | T | Sold (part) | 01/09/19 | J | A | |
| 232. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 233. | | | | | Buy (add'l) | 09/25/19 | J | | |
| 234. | | | | | Sold (part) | 11/11/19 | J | A | |
| 235.  AAPL INC | A | Dividend | J | T | Sold (part) | 01/09/19 | J | A | |
| 236. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 237. | | | | | Buy (add'l) | 08/22/19 | J | | |
| 238. | | | | | Buy (add'l) | 11/07/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 11/11/19 | J | A | |
| 240. TOTAL S.A. SP ADR | A | Dividend | J | T | Buy (add'l) | 01/09/19 | J | | |
| 241. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 242. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 243. DANAHER CORP (FORMERLY FORTIVE CORP) | A | Dividend | J | T | Sold (part) | 11/11/19 | J | A | |
| 244. ANTHEM INC | A | Dividend | J | T | Sold (part) | 01/09/19 | J | A | |
| 245. | | | | | Sold (part) | 03/01/19 | J | A | |
| 246. | | | | | Sold (part) | 03/29/19 | J | A | |
| 247. | | | | | Sold (part) | 04/15/19 | J | A | |
| 248. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 249. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 250. BLKRK STR INC OP PTF INST | B | Dividend | L | T | Buy (add'l) | 05/29/19 | J | | |
| 251. | | | | | Buy (add'l) | 11/11/19 | K | | |
| 252. CHIRON CAPITAL ALLOCATION FUND | A | Dividend | L | T | Buy (add'l) | 03/27/19 | J | | |
| 253. | | | | | Sold (part) | 11/11/19 | J | A | |
| 254. DOWDUPONT INC | A | Dividend | | | Sold | 04/26/19 | J | A | |
| 255. HUMANA INC | A | Dividend | | | Sold (part) | 01/09/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Sold<br>(part) | 03/29/19 | J | A | |
| 257. | | | | | Sold<br>(part) | 04/15/19 | J | A | |
| 258. | | | | | Sold | 06/05/19 | J | A | |
| 259. JP MORGAN ETF TRUST SHS | A | Dividend | K | T | Buy<br>(add'l) | 02/01/19 | J | | |
| 260. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 261. KOPERNIK INTERNATIONAL FUND | A | Dividend | J | T | Sold<br>(part) | 11/11/19 | J | A | |
| 262. ISHARES EDGE MSCI MULTIFACTOR<br>USA ETF | B | Dividend | L | T | Sold<br>(part) | 11/11/19 | K | D | |
| 263. PROLOGIS INC | A | Dividend | J | T | Sold<br>(part) | 07/15/19 | J | A | |
| 264. | | | | | Sold<br>(part) | 11/07/19 | J | A | |
| 265. PIMCO SHORT TERM MUTUAL FUND<br>CL P | A | Dividend | | | Sold | 07/26/19 | K | A | |
| 266. TRUIST FINANCIAL CORP (FORMERLY<br>SUNTRUST BANKS INC) | A | Dividend | J | T | Buy<br>(add'l) | 01/09/19 | J | | |
| 267. | | | | | Sold<br>(part) | 03/01/19 | J | A | |
| 268. SYSCO CORP | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 269. | | | | | Sold<br>(part) | 11/11/19 | J | B | |
| 270. WALMART INC | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 271. | | | | | Sold<br>(part) | 11/11/19 | J | B | |
| 272. IMAX COPR (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. ETFMG PRIME MOBILE PAYMENTS ETF (Y) | | | | | | | | | |
| 274. ALPHABET INC CLASS A | | None | J | T | Buy (add'l) | 11/07/19 | J | | |
| 275. AMAZON, INC | | None | J | T | Buy (add'l) | 11/11/19 | J | | |
| 276. CAPITAL ONE FINANCIAL CORP | A | Dividend | J | T | Buy (add'l) | 11/11/19 | J | | |
| 277. GOLDMAN SACHS E/ACTIVEBETA EMERGING | A | Interest | K | T | Buy (add'l) | 02/01/19 | J | | |
| 278. | | | | | Sold (part) | 11/11/19 | J | A | |
| 279. HILTON WORLDWIDE HOLDINGS | A | Dividend | J | T | Sold (part) | 03/01/19 | J | A | |
| 280. | | | | | Sold (part) | 07/15/19 | J | A | |
| 281. JP MORGAN CHASE & HOLDINGS | A | Dividend | J | T | Sold (part) | 07/15/19 | J | A | |
| 282. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 283. KEURIG DR PEPPER INC | A | Dividend | J | T | | | | | |
| 284. MICROCHIP TECHNOLOGY INC. | A | Dividend | J | T | Buy (add'l) | 01/09/19 | J | | |
| 285. | | | | | Sold (part) | 03/01/19 | J | A | |
| 286. SHERWIN-WILLIAMS CO | A | Dividend | J | T | Buy (add'l) | 05/29/19 | J | | |
| 287. | | | | | Sold (part) | 08/22/19 | J | A | |
| 288. | | | | | Sold (part) | 11/11/19 | J | A | |
| 289. ABBOT LABS | A | Dividend | J | T | Buy | 11/07/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 291.  CISCO SYSTEMS INC | A | Dividend | J | T | Buy | 08/22/19 | J | | |
| 292. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 293. | | | | | Buy<br>(add'l) | 11/11/19 | J | | |
| 294.  JANUS HENDERSON MORTG BACKED | A | Dividend | K | T | Buy | 07/26/19 | J | | |
| 295. | | | | | Buy<br>(add'l) | 11/11/19 | K | | |
| 296.  ROSS STORES INC | A | Dividend | J | T | Buy | 07/15/19 | J | | |
| 297. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 298.  CONSTELLATION BRANDS INC | A | Dividend | J | T | Buy | 04/24/19 | J | | |
| 299. | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 300. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 301. | | | | | Buy<br>(add'l) | 11/11/19 | J | | |
| 302.  ZOETIS INC | A | Dividend | J | T | Buy | 06/05/19 | J | | |
| 303.  TRUST #1 (H) | | | | | | | | | |
| 304.  - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 305.  - AUTOMATIC DATA PROC | A | Dividend | | | Sold<br>(part) | 07/12/19 | J | C | |
| 306. | | | | | Sold<br>(part) | 07/15/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Sold<br>(part) | 07/16/19 | J | B | |
| 308. | | | | | Sold<br>(part) | 09/11/19 | J | B | |
| 309. | | | | | Sold<br>(part) | 09/12/19 | J | B | |
| 310. | | | | | Sold<br>(part) | 09/13/19 | J | B | |
| 311. | | | | | Sold<br>(part) | 09/16/19 | J | B | |
| 312. | | | | | Sold<br>(part) | 09/17/19 | J | B | |
| 313. | | | | | Sold<br>(part) | 09/18/19 | J | B | |
| 314. | | | | | Sold | 09/19/19 | J | B | |
| 315.   - CITIGROUP INC COM NEW | A | Dividend | K | T | Buy<br>(add'l) | 02/27/19 | J | | |
| 316. | | | | | Sold<br>(part) | 07/12/19 | J | A | |
| 317. | | | | | Sold<br>(part) | 08/21/19 | J | A | |
| 318. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 319.   - COSTCO WHOLESALE CRP DEL | A | Dividend | K | T | Sold<br>(part) | 01/08/19 | J | A | |
| 320. | | | | | Sold<br>(part) | 08/06/19 | J | B | |
| 321. | | | | | Sold<br>(part) | 11/11/19 | J | B | |
| 322.   - HOME DEPOT INC | A | Dividend | K | T | Sold<br>(part) | 01/08/19 | J | B | |
| 323. | | | | | Sold<br>(part) | 11/05/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 325.  - HONEYWELL INTL INC DEL | A | Dividend | K | T | Buy<br>(add'l) | 08/06/19 | J | | |
| 326. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 327.  - THERMO FISHER SCIENTIFIC INC | A | Dividend | K | T | Sold<br>(part) | 01/08/19 | J | B | |
| 328. | | | | | Sold<br>(part) | 11/11/19 | J | B | |
| 329.  - VISA INC CL A SHRS | A | Dividend | K | T | Sold<br>(part) | 06/03/19 | J | B | |
| 330. | | | | | Sold<br>(part) | 07/12/19 | J | C | |
| 331. | | | | | Sold<br>(part) | 11/11/19 | J | B | |
| 332.  -AMERICAN TOWER REIT INC | A | Dividend | J | T | Sold<br>(part) | 01/08/19 | J | B | |
| 333. | | | | | Sold<br>(part) | 02/04/19 | J | B | |
| 334. | | | | | Sold<br>(part) | 08/06/19 | J | B | |
| 335. | | | | | Sold<br>(part) | 11/05/19 | J | B | |
| 336. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 337.  -DISNEY (WALT) CO | A | Dividend | K | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 338. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 339. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 340. | | | | | Buy<br>(add'l) | 11/06/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Sold (part) | 11/11/19 | J | A | |
| 342. -BLACKROCK INC | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 343. | | | | | Buy (add'l) | 01/09/19 | J | | |
| 344. | | | | | Sold (part) | 08/21/19 | J | A | |
| 345. | | | | | Sold (part) | 08/22/19 | J | A | |
| 346. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 347. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 348. | | | | | Sold (part) | 11/11/19 | J | A | |
| 349. -DANAHER COPR DEL COM | A | Dividend | K | T | Buy (add'l) | 02/04/19 | J | | |
| 350. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 351. | | | | | Sold (part) | 08/06/19 | J | A | |
| 352. | | | | | Sold (part) | 11/11/19 | J | A | |
| 353. -LOCKHEED MARTIN CORP | A | Dividend | K | T | Buy (add'l) | 02/27/19 | J | | |
| 354. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 355. | | | | | Sold (part) | 07/12/19 | J | A | |
| 356. | | | | | Sold (part) | 11/05/19 | J | B | |
| 357. | | | | | Sold (part) | 11/06/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 359.  -MEDTRONIC PLC | A | Dividend | | | Sold<br>(part) | 03/26/19 | J | A | |
| 360. | | | | | Sold<br>(part) | 03/27/19 | J | B | |
| 361. | | | | | Sold<br>(part) | 03/28/19 | J | A | |
| 362. | | | | | Sold | 03/29/19 | J | A | |
| 363.  -MICROSOFT CORP | A | Dividend | L | T | Sold<br>(part) | 01/08/19 | J | B | |
| 364. | | | | | Buy<br>(add'l) | 02/04/19 | J | | |
| 365. | | | | | Sold<br>(part) | 08/06/19 | J | B | |
| 366. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 367. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 368.  APPLE INC | A | Dividend | L | T | Sold<br>(part) | 01/08/19 | J | A | |
| 369. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 370. | | | | | Buy<br>(add'l) | 08/21/19 | J | | |
| 371. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 372. | | | | | Buy<br>(add'l) | 11/06/19 | J | | |
| 373. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 374.  NEXTERA ENERGY CORP | A | Dividend | K | T | Buy<br>(add'l) | 08/21/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 376. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 377. | | | | | Buy<br>(add'l) | 08/26/19 | J | | |
| 378. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 379. TOTAL S.A. SP ADR VSP | B | Dividend | K | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 380. | | | | | Buy<br>(add'l) | 01/09/19 | J | | |
| 381. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 382. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 383. | | | | | Buy<br>(add'l) | 07/16/19 | J | | |
| 384. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 385. TEXAS INSTRUMENTS (Y) | | | | | | | | | |
| 386. UNION PACIFIC | A | Dividend | K | T | Sold<br>(part) | 02/27/19 | J | B | |
| 387. | | | | | Sold<br>(part) | 11/11/19 | J | B | |
| 388. CHUBB LIMITED (FORMERLY ACE LIMITED) | A | Dividend | K | T | Buy<br>(add'l) | 08/06/19 | J | | |
| 389. | | | | | Buy<br>(add'l) | 08/07/19 | J | | |
| 390. | | | | | Sold<br>(part) | 08/21/19 | J | A | |
| 391. | | | | | Sold<br>(part) | 08/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Sold<br>(part) | 11/05/19 | J | B | |
| 393. | | | | | Sold<br>(part) | 11/06/19 | J | B | |
| 394. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 395.  ANTHEM INC | A | Dividend | K | T | Sold<br>(part) | 01/08/19 | J | A | |
| 396. | | | | | Sold<br>(part) | 02/27/19 | J | A | |
| 397. | | | | | Sold<br>(part) | 03/26/19 | J | B | |
| 398. | | | | | Sold<br>(part) | 04/12/19 | J | B | |
| 399. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 400. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 401. | | | | | Buy<br>(add'l) | 07/16/19 | J | | |
| 402. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 403. | | | | | Buy<br>(add'l) | 11/06/19 | J | | |
| 404. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 405.  BROADCOM INC (Y) | | | | | | | | | |
| 406.  DOWDUPONT INC | A | Dividend | | | Sold<br>(part) | 02/04/19 | J | A | |
| 407. | | | | | Sold | 04/23/19 | J | A | |
| 408.  HUMANA INC | A | Dividend | | | Sold<br>(part) | 01/08/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | | | | Sold<br>(part) | 03/26/19 | J | A | |
| 410. | | | | | Sold<br>(part) | 04/12/19 | J | A | |
| 411. | | | | | Sold<br>(part) | 04/15/19 | J | A | |
| 412. | | | | | Sold<br>(part) | 06/03/19 | J | A | |
| 413. | | | | | Sold | 06/05/19 | J | A | |
| 414.  PROLOGIS INC | A | Dividend | J | T | Sold<br>(part) | 07/12/19 | J | A | |
| 415. | | | | | Sold<br>(part) | 11/05/19 | J | B | |
| 416. | | | | | Sold<br>(part) | 11/06/19 | J | A | |
| 417. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 418.  TRUIST FINANCIAL CORP (FORMERLY<br>SUNTRUST BANKS INC) | A | Dividend | K | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 419. | | | | | Sold<br>(part) | 02/27/19 | J | A | |
| 420. | | | | | Buy<br>(add'l) | 08/06/19 | J | | |
| 421. | | | | | Buy<br>(add'l) | 08/07/19 | J | | |
| 422. | | | | | Sold<br>(part) | 11/05/19 | J | A | |
| 423. | | | | | Sold<br>(part) | 11/06/19 | J | A | |
| 424. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 425.  SYSCO CORP | A | Dividend | K | T | Sold<br>(part) | 02/04/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 02/06/19 | J | A | |
| 427.  WALMART INC | A | Dividend | K | T | Sold (part) | 01/08/19 | J | A | |
| 428. | | | | | Sold (part) | 02/04/19 | J | A | |
| 429. | | | | | Sold (part) | 11/11/19 | J | A | |
| 430.  ALPHABET INC CLASS A | | None | K | T | Buy (add'l) | 01/08/19 | J | | |
| 431. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 432. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 433. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 434. | | | | | Sold (part) | 11/11/19 | J | A | |
| 435.  AMAZON, INC | | None | K | T | Buy (add'l) | 02/04/19 | J | | |
| 436. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 437. | | | | | Buy (add'l) | 07/12/19 | J | | |
| 438. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 439. | | | | | Sold (part) | 11/11/19 | J | A | |
| 440.  CAPITAL ONE FINANCIAL CORP | A | Dividend | J | T | Sold (part) | 11/11/19 | J | A | |
| 441.  HILTON WORLDWIDE HOLDINGS | A | Dividend | K | T | Sold (part) | 02/27/19 | J | A | |
| 442. | | | | | Sold (part) | 07/12/19 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 07/15/19 | J | A | |
| 444. | | | | | Sold (part) | 07/16/19 | J | B | |
| 445. | | | | | Sold (part) | 07/17/19 | J | A | |
| 446. | | | | | Sold (part) | 07/18/19 | J | A | |
| 447. | | | | | Sold (part) | 07/19/19 | J | A | |
| 448. | | | | | Sold (part) | 07/22/19 | J | A | |
| 449. | | | | | Sold (part) | 07/23/19 | J | A | |
| 450. JPMORGAN CHASE & CO HOLDINGS | A | Dividend | K | T | Sold (part) | 07/12/19 | J | A | |
| 451. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 452. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 453. | | | | | Sold (part) | 11/11/19 | J | A | |
| 454. KEURIG DR PEPPER INC | A | Dividend | K | T | Sold (part) | 11/11/19 | J | A | |
| 455. MICROCHIP TECHNOLOGY INC | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 456. | | | | | Sold (part) | 02/27/19 | J | A | |
| 457. | | | | | Sold (part) | 11/11/19 | J | A | |
| 458. SHERWIN-WILLIAMS CO | A | Dividend | K | T | Buy (add'l) | 02/04/19 | J | | |
| 459. | | | | | Buy (add'l) | 02/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | Buy<br>(add'l) | 02/06/19 | J | | |
| 461. | | | | | Sold<br>(part) | 08/06/19 | J | A | |
| 462. | | | | | Sold<br>(part) | 08/21/19 | J | A | |
| 463. | | | | | Sold<br>(part) | 08/22/19 | J | A | |
| 464. | | | | | Sold<br>(part) | 08/23/19 | J | A | |
| 465. | | | | | Sold<br>(part) | 08/26/19 | J | A | |
| 466. | | | | | Sold<br>(part) | 08/27/19 | J | A | |
| 467. | | | | | Sold<br>(part) | 11/05/19 | J | A | |
| 468. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 469.   ABBOT LABS | A | Dividend | K | T | Buy | 11/05/19 | J | | |
| 470. | | | | | Buy<br>(add'l) | 11/06/19 | J | | |
| 471. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 472. | | | | | Buy<br>(add'l) | 11/08/19 | J | | |
| 473. | | | | | Buy<br>(add'l) | 11/11/19 | J | | |
| 474. | | | | | Buy<br>(add'l) | 11/12/19 | J | | |
| 475. | | | | | Buy<br>(add'l) | 11/13/19 | J | | |
| 476. | | | | | Buy<br>(add'l) | 11/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 478.   CISCO SYSTEMS INC | A | Dividend | K | T | Buy | 08/21/19 | J | | |
| 479. | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 480. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 481. | | | | | Buy<br>(add'l) | 08/26/19 | J | | |
| 482. | | | | | Buy<br>(add'l) | 08/27/19 | J | | |
| 483. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 484. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 485.   ROSS STORES INC | A | Dividend | K | T | Buy | 07/12/19 | J | | |
| 486. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 487. | | | | | Buy<br>(add'l) | 07/16/19 | J | | |
| 488. | | | | | Buy<br>(add'l) | 07/17/19 | J | | |
| 489. | | | | | Buy<br>(add'l) | 07/18/19 | J | | |
| 490. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 491. | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 492. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 493. | | | | | Sold<br>(part) | 11/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. CONSTELLATION BRANDS INC | A | Dividend | K | T | Buy | 04/23/19 | J | | |
| 495. | | | | | Buy (add'l) | 04/24/19 | J | | |
| 496. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 497. | | | | | Buy (add'l) | 07/12/19 | J | | |
| 498. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 499. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 500. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 501. | | | | | Sold (part) | 11/11/19 | J | A | |
| 502. ZOETIS INC | A | Dividend | K | T | Buy | 06/03/19 | J | | |
| 503. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 504. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 505. | | | | | Buy (add'l) | 06/06/19 | J | | |
| 506. | | | | | Buy (add'l) | 06/07/19 | J | | |
| 507. | | | | | Sold (part) | 11/11/19 | J | A | |
| 508. BROKERAGE ACCOUNTS (H) | | | | | | | | | |
| 509. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 510. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511. -ML BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 512. - FIRST EAGLE GLOBAL CLASS C | A | Dividend | J | T | Sold<br>(part) | 05/15/19 | J | A | |
| 513. | | | | | Sold<br>(part) | 06/03/19 | J | A | |
| 514. | | | | | Sold<br>(part) | 07/24/19 | J | A | |
| 515. | | | | | Sold<br>(part) | 10/21/19 | J | A | |
| 516. GOLDMAN SACHS RISING DIVIDEND<br>GROWTH FD CL C | A | Dividend | | | Sold<br>(part) | 03/04/19 | J | A | |
| 517. | | | | | Sold | 05/15/19 | J | A | |
| 518. - THORNBURG INCOME BUILDER<br>FUND CLASS C | A | Dividend | J | T | Sold<br>(part) | 05/15/19 | J | A | |
| 519. | | | | | Sold<br>(part) | 06/03/19 | J | A | |
| 520. | | | | | Sold<br>(part) | 07/24/19 | J | A | |
| 521. | | | | | Sold<br>(part) | 10/21/19 | J | A | |
| 522. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 523. - BLACKROCK GLOBAL ALLOCATION<br>FD INC C | A | Dividend | J | T | | | | | |
| 524. -CD GOLDMAN SACHS BK (Y) | | | | | | | | | |
| 525. -FIDELITY ADVISOR BIOTECH FD | A | Dividend | K | T | | | | | |
| 526. -GENERAL ELEC CAP CORP BOND (Y) | | | | | | | | | |
| 527. -LOOMIS SAYLES SR FLT RTE & FIXD<br>INC FD | B | Dividend | | | Sold | 11/11/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528.  -MATTHEWS ASIA DIVIDEND FUND | B | Dividend | L | T | | | | | |
| 529.  -MARKET VECTORS OIL SVCS ETF (Y) | | | | | | | | | |
| 530.  -PIMCO INCOME FD | C | Dividend | M | T | | | | | |
| 531.  -FIRST EAGLE GLOBAL | B | Dividend | K | T | | | | | |
| 532.  -THORNBURG INVSTMT INCOME BUILDER FD | B | Dividend | K | T | | | | | |
| 533.  -VANGUARD VALUE ETF | D | Dividend | M | T | | | | | |
| 534.  -VANGUARD GROWTH ETF | B | Dividend | M | T | | | | | |
| 535.  -AMEX TECHNOLOGY SELECT SPDR | A | Dividend | K | T | | | | | |
| 536.  -BLKSTONE ALT MLT STR 1 | C | Dividend | M | T | Buy<br>(add'l) | 11/11/19 | L | | |
| 537.  -DEUTSCHE X-TRACKERS MSCI EAFE HEDGED EQUITY ETF | A | Dividend | K | T | | | | | |
| 538.  -AQR STYLE PREMIA ALTERNATIVE FUND CL 1 | A | Dividend | | | Sold | 11/11/19 | K | A | |
| 539.  AQR MANAGED FUTURES STRATEGY FUND CL I (Y) | | | | | | | | | |
| 540.  BLKRK GLOBAL ALLOCATION FUND CL A | A | Dividend | K | T | | | | | |
| 541.  CHIRON CAPITAL ALLOCATION FUND | A | Dividend | K | T | | | | | |
| 542.  DOUBLELINE TOTAL RETURN BOND FUND CL I | C | Dividend | M | T | | | | | |
| 543.  FIRST TRUST ETFIV FIRST TACTICAL HIGH YIELD ETF | B | Dividend | K | T | Buy<br>(add'l) | 11/11/19 | K | | |
| 544.  BLKRK STRINC OP PTF INST | B | Dividend | L | T | Buy<br>(add'l) | 11/11/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. ISHARES INC/EDGE MSCI MULTIFACT | A | Dividend | K | T | | | | | |
| 546. JPMORGAN GLOBAL ALLOCATION I | A | Dividend | K | T | | | | | |
| 547. ISHARES EDGE MULTIFACTOR INTL ETF | A | Dividend | K | T | | | | | |
| 548. ISHARES CORE S&P US VALUE ETF | A | Dividend | | | Sold | 02/08/19 | L | A | |
| 549. PIMCO SHIRT TERM I2 | A | Dividend | | | Sold | 11/11/19 | K | A | |
| 550. DWS ENCHANCEDCOMMODITY STRATEGY S | A | Dividend | | | Sold | 11/11/19 | K | A | |
| 551. FIRST TRUST LOW DURATION | A | Dividend | K | T | Buy | 11/11/19 | K | | |
| 552. | | | | | | | | | |
| 553. | | | | | | | | | |
| 554. | | | | | | | | | |
| 555. | | | | | | | | | |
| 556. | | | | | | | | | |
| 557. | | | | | | | | | |
| 558. | | | | | | | | | |
| 559. | | | | | | | | | |
| 560. | | | | | | | | | |
| 561. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Mary G.** | 08/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

GEIGER PARTNERSHIP INTERSHIP[ WAS DISSOLVED AT THE END OF 2018/BEGINNING OF 2019 WHERE THE ONLY GAIN MADE WAS A 1/3 DEED OF COLUMBIA PROPERTY WHERE NO INCOME IS GENEREATED AS ONE OF THE OTHER OWNER PARTIES PERMANELTY RESIDES HERE.

RENT WAS ONLY COLLECTED FROM ONE OF HER INVESTMENT PROPERTIES IN 2019. THE (2) COLUMBIA PROPERTIES AND (1) GEORGETOWN PROPERTIES ARE RESIDENCE OF HER CHILDREN/FAMILY MEMBERS FOR WHICH SHE GENERATES NO INCOME, CHARGES NO RENT, AND HAS MADE NO GAINS ON THE INVESTMENT IN 2019.  THE OTHER RENTAL PROPERTY IN COLUMBIA WAS NOT RENTING/ GENERATING INCOME IN 2019 AS IT WAS BEING PREPARED FOR A POSSIBLE SALE. (Y) WAS SATISFACTORY HERE BECAUSE INCOME EARNED WAS LESS THAN 200$ IN 2019.

ALL ASSETS THJAT INCLUDE A (Y) ARE ASSETS THAT HAVE DROPPED BELOW THE $1,000 REPORTING THRESHOLD WHERE INCOME EARNED WAS LESS THAN $200.

Individual Retirment Account (H) account was closed during 2018 (all postions were sold and reported). BANK OF AMERICA, NA RASP WAS A BANK DEPOSIT PROGRAM AND CASH WAS MOVED (LESS THAN 1,000 NOT REPORTABLE).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary G. Lewis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544